FILED

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0185

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 21-0185

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

TRUSS WORKS, INC.,
A Montana corporation,

      Plaintiff and Appellee.

      v.

OSWOOD CONSTRUCTION
COMPANY, a Montana corporation,
TRAVELER'S CASUALTY AND
SURETY COMPANY OF
AMERICA, a Connecticut
corporation, VOYAGEUR
APARTMENTS, LP, a Minnesota
Limited Partnership, and HUB
INTERNATIONAL MOUNTAIN
STATES LIMITED, a Montana
corporation,

      Defendants and Appellants.

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING
MOTION FOR EXTENSION OF
TIME TO TRANSMIT RECORD**

Appellants have moved for an extension of time to file the remaining transcript from the district court trial. Good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Angela Nurre may have to and through June 28, 2021, to complete her portion of the transcript. Another notice of filing will be sent out upon receipt of the transcripts.

Dated this ____ day of June, 021.

                                _____
                                Justice

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 9 2021